IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA M. NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-0500 |
| ) | Judge Trauger |
| ROLLING HILLS HOSPITAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 30) is **GRANTED IN PART** and **DENIED IN PART**. The plaintiff's claim regarding hostile work environment is hereby **DISMISSED**. Her claims regarding discrimination and retaliation, as limited, remain for trial.

It is so Ordered.

Entered this 17th day of May 2011.

_____
ALETA A. TRAUGER
United States District Judge